**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **PANTAURUS, LLC** | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO. 2:16-cv-00183** |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **WATCHDATA TECHNOLOGIES USA INC.** | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Pantaurus LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby provides notice that it dismisses all of its claims in this action WITHOUT PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: May 3rd, 2016

/*s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
Ferraiuoli LLC
221 Ponce de Leon Ave., 5th Fl.
(T) 787.766.7000
(F) 787.766.7001
(E) etorres@ferraiuoli.com

*Attorney(s) for Plaintiff
Pantaurus LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 3rd, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/*s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola